ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2006 DEC 15 A 9 21
CLERK BMcCarthy

| | |
|---|---|
| JOSE MELO, | ) |
| Petitioner, | ) |
| v. | ) CV306-089 |
| MICHAEL PUGH, Warden, | ) |
| Respondent. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this 28 U.S.C. § 2241 petition is **DENIED**, this civil action is **CLOSED**, and a final judgment shall be **ENTERED** in favor of Respondent. Furthermore, Petitioner's motion to proceed *in forma pauperis* is **DENIED** as **MOOT**.

SO ORDERED this 15th day of December, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE